IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Lacey, Particia

Printed: 01/22/09

Case Number: 05 B 43063
Judge: Wedoff, Eugene R
Filed: 10/3/05

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:  Completed: December 11, 2008
Confirmed: December 8, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 3,734.66 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 831.38 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,569.00 |
| Trustee Fee: |  | 199.62 |
| Other Funds: |  | 134.66 |
| Totals: | 3,734.66 | 3,734.66 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Zalutsky & Pinski Ltd | Administrative | 2,569.00 | 2,569.00 |
| 2. | The Diamond Center | Secured | 0.00 | 0.00 |
| 3. | Devon Financial Services Inc | Unsecured | 20.63 | 127.42 |
| 4. | ECast Settlement Corp | Unsecured | 31.50 | 194.52 |
| 5. | City Of Chicago Dept Of Revenue | Unsecured | 82.50 | 509.44 |
| 6. | AT&T Wireless | Unsecured | | No Claim Filed |
| 7. | American General Finance | Unsecured | | No Claim Filed |
| 8. | Computer Credit Service Corp | Unsecured | | No Claim Filed |
| 9. | Comcast | Unsecured | | No Claim Filed |
| 10. | University Of Chicago Physicians | Unsecured | | No Claim Filed |
| 11. | Pay Day Express | Unsecured | | No Claim Filed |
| 12. | Midwestern Telecommunications | Unsecured | | No Claim Filed |
| 13. | TCF Bank | Unsecured | | No Claim Filed |
| 14. | SBC | Unsecured | | No Claim Filed |
|  |  |  | $ 2,703.63 | $ 3,400.38 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.5% | 27.79 |
| 5% | 7.90 |
| 4.8% | 15.12 |
| 5.4% | 106.00 |
| 6.5% | 42.81 |
|  | $ 199.62 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:   Lacey, Particia

Printed: 01/22/09

Case Number:  05 B 43063
Judge:  Wedoff, Eugene R
Filed:  10/3/05

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

